■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BONES, Also Known as JULIO BONET, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on March 16, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Ellerin, Wallach and Smith, JJ.